■ In the Matter of ALLEN P. CAPPELLI et al., Respondents, v JOHN SWEENEY et al., Appellants. [646 NYS2d 454] —Appeal by John Sweeney and George Pataki from a judgment of the Supreme Court, Kings County (Demarest, J.), dated June 29, 1995.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Demarest at the Supreme Court. Thompson, J. P., Joy, Krausman and Florio, JJ., concur. [See, 167 Misc 2d 220.]